Case 25-22298-GLT   Doc 28   Filed 12/18/25   Entered 12/18/25 14:28:35   Desc Main
                              Document      Page 1 of 2

FILED
12/18/25 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-22298-GLT |
| | : | Chapter: | 7 |
| James M. Bartos | : | | |
| Angelika Bartos | : | | |
| | : | Date: | 12/18/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## **PROCEEDING MEMO**

**MATTER:**   #22 - Motion for Relief from Stay filed by US Bank NA as Trustee, on Behalf of The Holders of the Ome Equity Asset Trust 2007-3 Home Equity Pass Through Certificates Series 2007-3
   # 25 - Response filed by the Debtors

**APPEARANCES**:
   Debtor:        Julie Steidl, James Bartos
   U.S. Bank, et al.:   Denise Carlon

[10:00]
**NOTES:**

Carlton: The payoff of the loan is a little less than $220,000, and the value of the property is around $130,000. The foreclosure complaint was filed in 2017. We don't currently have a sheriff sale date. At this point, the Debtor has no equity in the property and for that reason we are seeking relief from stay.

Steidl: The Debtor has made efforts to take care of this matter. He wants to present his position today. We would ask for this case to be discharged.

Bartos: I just found out that I will be getting an inheritance and would like to turn this chapter 7 into a chapter 13. SSB refused to make a deal and as far as I am concerned they are fraudulent and scammers.

Court: Have you talked to counsel about this?

Bartos: Yes. The mortgage company doesn't document anything they are supposed to be doing.

Court: How much will the inheritance be?

Bartos: Not sure yet.

Court: My guess is that if there's not objection to a discharge, it would be entered in the next two weeks. You need to have a discussion with counsel if you wish to convert the case to chapter 13. Perhaps if there is a lump sum of money that can be paid from this inheritance, a loan modification would be on the table.

Bartos: The mortgage company said they want to help me with home retention, but every time I call them up they really don't want to help. I will call the estate planner today.

**OUTCOME:**

   1. For the reasons stated on the record at the December 18, 2025 hearing, the *Motion for Relief from Stay filed by US Bank NA as Trustee, on Behalf of The Holders of the Ome Equity Asset Trust 2007-3 Home Equity Pass Through Certificates Series*

*2007-3* [Dkt. No. 22] is **DEFERRED until January 6, 2026**. [Taken under advisement]

**DATED:**  12/18/2025