FILED
1/20/26 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 25-22298-GLT |
| | : | Chapter 13 |
| James M Bartos, | : | |
| | : | |
| Debtor. | : | Related to Dkt. No. 29 |
| | : | |

### ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor's filed a *Motion to Convert* [Dkt. No. 29] in accordance with 11 U.S.C. § 706(a), seeking to convert the case to a proceeding under chapter 13 of title 11 of the U.S. Code. The Court has reviewed the record and finds that the case has not been previously converted pursuant to 11 U.S.C. § 1112, § 1208, or § 1307.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

(1) This chapter 7 case is converted to a case under chapter 13. Any party-in-interest that challenges the good faith of the conversion shall, on or before February 17, 2026 file a motion setting forth the basis of the challenge and specifically identifying the relief requested in the event conversion is found not to have been made in good faith.

(2) On or before February 3, 2026, the chapter 7 trustee shall file:

  (a) An account of all receipts and disbursements made in the chapter 7 case; and

  (b) A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

(3) The chapter 7 trustee shall immediately turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

(4) On or before February 19, 2026, the trustee or any other party entitled to compensation may file an application for compensation and reimbursement of expenses.

(5) On or before February 3, 2026, the Debtor's shall file the statements and schedules required by Fed. R. Bankr. P. 1007(b), if such documents have not already been filed.

(6) On or before February 3, 2026, the Debto'sr shall file a chapter 13 plan.

(7) On or before February 27, 2026, the Debtor's counsel shall file an amended Rule 2016 disclosure statement setting forth the financial terms of counsel's engagement.

(8) If any party fails to comply with this *Order*, the Court may dismiss the case without further notice or hearing.

Dated: January 20, 2026

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

<u>Case administrator to serve:</u>
Kenneth Steidl, Esq
James M Bartos
Angelika Bartos
Mailing matrix
Rosemary C. Crawford, Trustee
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22298-GLT |
| James M. Bartos | Chapter 13 |
| Angelika Bartos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jan 20, 2026      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M. Bartos, Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971 |
| | + | Rosemary C. Crawford, Crawford McDonald, LLC. P.O. Box 355, Allison Park, PA 15101-0355 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Ronda J Winnecour |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor James M. Bartos julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf900 | Total Noticed: 2 |

Kenneth Steidl
    on behalf of Joint Debtor Angelika Bartos julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3
    bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 7