4/27/26 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-22298 GLT |
| | ) | Chapter 13 |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | |
| *Movants* | ) | Related to Docket No. 65 |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

### CONSENT ORDER PROVIDING FOR DISPOSITION OF LUMP SUM PAYMENT

WHEREAS, the Chapter 13 Trustee posted, on March 16, 2026, a lump sum payment of $97,921.54 (the "Lump Sum"), which Debtors report was the proceeds of the estate of Husband Debtor's aunt, referenced in the Amended Schedule B filed at docket number 52;

WHEREAS the parties (consisting of the Chapter 13 Trustee and Debtors) agree that although the Lump Sum will pay a material part of the plan's base balance, it is not sufficient to pay off the plan in full;

AND NOW, the Chapter 13 Trustee and the Debtors (by their attorneys) agree, as indicated by their consents to this Order, as follows:

1.      The Lump Sum shall be treated as a credit against the plan base but shall not be treated as credit against the monthly plan payments, i.e., the Debtors shall continue to make the regular monthly plan payment (as such amount may be modified in the course of the subsequent stipulated orders modifying the plan or amended plan(s)) until such time as the plan goals (which includes payment of 100% to unsecured creditors) have been met.

2.      The Lump Sum shall, after deduction of Trustee fees, be applied as follows:

        (a)      First to pay 100% of the general unsecured claims filed in this

case, except that payments to PYOD, LLC (Claim Numbers 3, 5, 9, and 10), LVNV Funding, LLC (Claim Numbers 4, 6, 7, and 13), and Merrick Bank (claim 12) shall remain on reserve pending resolution of the objections to those claims;

(b)    Second to pay the balance of Debtors' counsel's no look fees of $2,862.00; and,

(c)    Third to be distributed to US Bank % Select Portfolio Servicing, Inc. (Cl #18) for the pre-petition arrears of $78,068.19 so far as it goes.

So Ordered, this _____ 27th Day of April _____, 2026.


_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
Office of the Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-22298-GLT

James M. Bartos                                                        Chapter 13

Angelika Bartos
           Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                    Page 1 of 2

Date Rcvd: Apr 27, 2026                    Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

**Recip ID                      Recipient Name and Address**
db/jdb                    +  James M. Bartos, Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

**Name                          Email Address**

Brent J. Lemon
                              on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                              lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Kenneth Steidl
                              on behalf of Debtor James M. Bartos julie.steidl@steidl-steinberg.com
                              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
                              on behalf of Joint Debtor Angelika Bartos julie.steidl@steidl-steinberg.com
                              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel
                              on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE
                              HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3

District/off: 0315-2                                User: auto                                          Page 2 of 2

Date Rcvd: Apr 27, 2026                            Form ID: pdf900                                  Total Noticed: 1

bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
on behalf of Creditor U.S. Bank National Association rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 7