**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/30/2026

IN RE:

| | |
|---|---|
| JAMES M. BARTOS | Case No.25-22298 GLT |
| ANGELIKA BARTOS | |
| 167 DAVIS AVENUE | Chapter 13 |
| PITTSBURGH,  PA  15202 | |
| XXX-XX-9497          Debtor(s) | |

XXX-XX-1127

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/30/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **ATLAS ACQUISITIONS LLC** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 492C CEDAR LN STE 442 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| TEANECK, NJ 07666 | COMMENT: UHG I LLC/PRAE | | |

| | | | |
|---|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19106 | COMMENT: US BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 13010 MORRIS RD SUITE 450 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| ALPHARETTA, GA 30004 | COMMENT: US BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:5 | INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number: | | ACCOUNT NO.: |
| POB 200 | | | |
| | CLAIM: 4,548.48 | | |
| BETHEL PARK, PA 15102 | COMMENT: $@12%/PL*NO YRS/SCH-PL | | |

| | | | |
|---|---|---|---|
| **JORDAN TAX SERVICE INC**** | Trustee Claim Number:6 | INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| 102 RAHWAY RD | Court Claim Number: | | ACCOUNT NO.: 0004 |
| | CLAIM: 386.30 | | |
| MC MURRAY, PA 15317 | COMMENT: $@10%/PL*NO YRS~SWG~BORO?/SCH-PL | | |

| | | | |
|---|---|---|---|
| **MBM COLLECTIONS LLC** | Trustee Claim Number:7 | INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| 665 RODI ROAD - SUITE 301 | Court Claim Number: | | ACCOUNT NO.: 0219 |
| | CLAIM: 4,046.43 | | |
| PITTSBURGH, PA 15235 | COMMENT: $@10%/PL*NO YRS~GARBAGE~BORO?/SCH-PL | | |

| | | | |
|---|---|---|---|
| **US BANK NA - TRUSTEE ET AL** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:18 | | ACCOUNT NO.: 5403 |
| ATTN REMITTANCE PROCESSING | | | |
| PO BOX 65450 | CLAIM: 0.00 | | |
| SALT LAKE CITY, PA 84165 | COMMENT: 912.33/PL*745.66 x(36+2)=LMT*BGN 2/26 | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | | ACCOUNT NO.: 9497 |
| PO BOX 7317 | | | |
| | CLAIM: 197.00 | | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: $@0%/PL*NO YRS/SCH-PL | | |

| | | | |
|---|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| PO BOX 772813 | Court Claim Number:1 | | ACCOUNT NO.: 4374 |
| | CLAIM: 598.10 | | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3920404763*ASPIRE | | |

**CLAIM RECORDS**

| Creditor | | |
|---|---|---|
| **BURLINGTON**<br>PO BOX 650967<br><br>DALLAS, TX 75265-0967 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3023 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH 43216-0117 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **AIDVANTAGE O/B/O THE DEPARTMENT OF EDU(**<br>PO BOX 4450<br><br>PORTLAND, OR 97208 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*$31,592.48/CL*LATE CLM | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  9497 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0516 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  1019 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0711 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0516 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0711 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  1019 |
| **DEPT OF ED/AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*CLM@CID 13 | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0207 |

CLAIM RECORDS

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0527 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  1127 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0327 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  9927 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0027 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0927 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  1027 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0427 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0127 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| DEPARTMENT OF EDUCATION/NELNET | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0227 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0727 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0827 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| PO BOX 60610 | Court Claim Number: | ACCOUNT NO.:  0627 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106 | COMMENT:  PD OUTSIDE/PL | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number: | ACCOUNT NO.:  0000 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| PO BOX 772813 | Court Claim Number:15 | ACCOUNT NO.:  7786 |
| | CLAIM:  839.84 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 4226399186*PREMIER | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number: | ACCOUNT NO.:  3003 |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60677-2813 | COMMENT:  ASPIRE/SCH | |

| | | |
|---|---|---|
| **K JORDAN** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2809 | Court Claim Number: | ACCOUNT NO.:  19B2 |
| | CLAIM:  0.00 | |
| MONROE, WI  53566-8009 | COMMENT: | |

| | | |
|---|---|---|
| **METRO PCS WIRELESS** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 601119 | Court Claim Number: | ACCOUNT NO.:  0053 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75360 | COMMENT:  NT ADR~T MOBILE/SCH | |

| | | |
|---|---|---|
| **MICHAELS** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 650113 | Court Claim Number: | ACCOUNT NO.:  4841 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75265-0113 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| PO BOX 2037 | Court Claim Number:17 | ACCOUNT NO.:  3023 |
| | CLAIM:  926.26 | |
| WARREN, MI  48090 | COMMENT:  X8379/SCH*CMNTY CPTL/BURLINGTON | |

| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| PO BOX 2037 | Court Claim Number:16 | ACCOUNT NO.:  4841 |
| | CLAIM:  457.50 | |
| WARREN, MI  48090 | COMMENT:  X8378/SCH*CMNTY CPTL/MICHAELS | |

| **HIGHER ED LOAN AUTHORITY OF MO O/B/O ECI** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC:  UNSECURED  (S) |
|---|---|---|
| C/O ECMC(*) | Court Claim Number:2 | ACCOUNT NO.:  9497 |
| LOCKBOX #8682 | | |
| PO BOX 16478 | CLAIM:  0.00 | |
| ST PAUL, MN  55116-0478 | COMMENT:  PD OUTSIDE/PL*X0130/SCH*MOHELA | |

| **MOHELA** | Trustee Claim Number:43  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0130 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  COMB@CID 42 | |

| **MOHELA** | Trustee Claim Number:44  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0130 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  COMB@CID 42 | |

| **MOHELA** | Trustee Claim Number:45  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0130 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  COMB@CID 42 | |

| **MOHELA** | Trustee Claim Number:46  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0130 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  COMB@CID 42 | |

| **MOHELA** | Trustee Claim Number:47  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0130 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  COMB@CID 42 | |

| **MOHELA** | Trustee Claim Number:48  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 633 SPIRIT DR | Court Claim Number: | ACCOUNT NO.:  0130 |
| | CLAIM:  0.00 | |
| CHESTERFIELD, MO  63005-1243 | COMMENT:  COMB@CID 42 | |

| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:49  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number: | ACCOUNT NO.:  1066 |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  CAP 1/SCH | |

| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:50  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number: | ACCOUNT NO.:  7800 |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  CAP 1 /SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SEVENTH AVENUE** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1112 7TH AVE | Court Claim Number: | ACCOUNT NO.:  557O |
| | CLAIM:  0.00 | |
| MONROE, WI  53566 | COMMENT:  SWISS CLNY/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71727 | Court Claim Number: | ACCOUNT NO.:  0109 |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19176 | COMMENT:  TJX/SCH | |

| | | |
|---|---|---|
| **TARGET** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 660170 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number: | ACCOUNT NO.:  0100 |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: | |

| | | |
|---|---|---|
| **WAL MART STORES INC** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 702 SW 8TH ST MS#0815 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| BENTONVILLE, AR  72716-0815 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **WEST VIEW WATER AUTHORITY** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 210 PERRY HIGHWAY | Court Claim Number: | ACCOUNT NO.:  0004 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15229 | COMMENT:  25~NT ADR/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:4 | ACCOUNT NO.:  7589 |
| PO BOX 10587 | | |
| | CLAIM:  823.90 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CREDIT 1 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:58  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6 | ACCOUNT NO.:  8890 |
| PO BOX 10587 | | |
| | CLAIM:  481.80 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CMNTY CAP/MARISOTA | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:59  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  0016 |
| PO BOX 10587 | | |
| | CLAIM:  131.84 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*WEBBANK/FNGRHT | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:60  INT %:  0.00% | CRED DESC:  UNSECURED  (S) |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.:  3187 |
| PO BOX 10587 | | |
| | CLAIM:  280.53 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CREDIT 1 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.: 5169 |
| PO BOX 10587 | | |
| | CLAIM:  646.48 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CREDIT ONE | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:12 | ACCOUNT NO.: 8864 |
| POB 10368 | | |
| | CLAIM:  1,015.25 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.: 5593 |
| PO BOX 10587 | | |
| | CLAIM:  1,578.79 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*WBBNK/FNGRHT | |

| | | |
|---|---|---|
| **PYOD LLC** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.: 2045 |
| POB 19008 | | |
| | CLAIM:  696.68 | |
| GREENVILLE, SC  29602 | COMMENT:  NT/SCH*JB ROBINSON | |

| | | |
|---|---|---|
| **PYOD LLC** | Trustee Claim Number:65  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.: 5950 |
| POB 19008 | | |
| | CLAIM:  431.79 | |
| GREENVILLE, SC  29602 | COMMENT:  NT/SCH*STERLING/KAY | |

| | | |
|---|---|---|
| **PYOD LLC** | Trustee Claim Number:66  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.: 9831 |
| POB 19008 | | |
| | CLAIM:  732.87 | |
| GREENVILLE, SC  29602 | COMMENT:  NT/SCH*HSBC BNK | |

| | | |
|---|---|---|
| **PYOD LLC** | Trustee Claim Number:67  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:3 | ACCOUNT NO.: 5332 |
| POB 19008 | | |
| | CLAIM:  1,701.05 | |
| GREENVILLE, SC  29602 | COMMENT:  NT/SCH*APPLIED CRD | |

| | | |
|---|---|---|
| **US BANK NA - TRUSTEE ET AL** | Trustee Claim Number:68  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC* | Court Claim Number:18 | ACCOUNT NO.: 5403 |
| ATTN REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM:  78,068.19 | |
| SALT LAKE CITY, PA  84165 | COMMENT:  76212/PL*THRU 1/26*DK | |