FILED
5/13/26 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | Case No. 25-22298 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | Docket No. |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | Related to Claim Nos. 3, 5, 9 & 10 |
| PYOD, LLC, | ) | |
| *Respondent* | ) | Related to Docket No. 58 |

## ORDER OF COURT

AND NOW, to wit this _ 13th Day of May _, 2026, upon consideration of the Debtor's Objection to Claim Numbers 3, 5, 9 and 10 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 3 filed by the above captioned Respondent is stricken in its entirety;

2. Claim Number 5 filed by the above captioned Respondent is stricken in its entirety;

3. Claim Number 9 filed by the above captioned Respondent is stricken in its entirety;

4. Claim Number 10 filed by the above captioned Respondent is stricken in its entirety; and,

5. No fees, costs or charges shall be allowed against the debtor, by the Respondent, for defending this objection.

FURTHER ORDERED:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-22298-GLT

James M. Bartos                                                                        Chapter 13

Angelika Bartos

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
--- | --- | ---
Date Rcvd: May 13, 2026 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + James M. Bartos, Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Brent J. Lemon

    on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
    lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Kenneth Steidl

    on behalf of Debtor James M. Bartos julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl

    on behalf of Joint Debtor Angelika Bartos julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3

District/off: 0315-2                                    User: auto                                    Page 2 of 2
Date Rcvd: May 13, 2026                        Form ID: pdf900                             Total Noticed: 1

bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
on behalf of Creditor U.S. Bank National Association rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7