IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:                                          ) | |
| James M. Bartos                          ) | |
| Angelika Bartos,                         ) | Case No. 25-22298 GLT |
| *Debtors*                                   ) | Chapter 13 |
|                                                   ) | Related to Docket No. 70 |
| James M. Bartos                          ) | |
| Angelika Bartos,                         ) | |
| *Movants*                                  ) | |
|                                                   ) | |
| vs.                                            ) | |
|                                                   ) | Related to Claim Nos. 3, 5, 9 & 10 |
| PYOD, LLC,                                ) | |
| *Respondent*                             ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 19, 2026, I caused to be served a true and correct copy of the *Order of Court dated May 13, 2026,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Service by Regular US Mail:**
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

**Service by ECF Mail**:
Office of the US Trustee
Ronda Winnecour, Trustee

April 29, 2026
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965