IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | Case No. 25-22298 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | Docket No. |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | Related to Claim No. 12 |
| Merrick Bank, | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 20, 2026, I caused to be served a true and correct copy of the *Order of Court dated May 19, 2026,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Service by Regular US Mail:**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Service by ECF Mail**:
Office of the US Trustee
Ronda Winnecour, Trustee

May 20, 2026
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965