FILED
5/18/26 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | Case No. 25-22298 GLT |
| *Debtors* | ) | Chapter 13 |
| | ) | Docket No. |
| James M. Bartos | ) | |
| Angelika Bartos, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | Related to Claim Nos. 4, 6, 7 & 13 |
| LVNV Funding, LLC, | ) | |
| *Respondent* | ) | Related to Docket No. 61 |

**ORDER OF COURT**

AND NOW, to wit this _____18th Day of May_____ _____, 2026, upon consideration of the Debtor's Objection to Claim Numbers 4, 6, 7 and 13 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 4 filed by the above captioned Respondent is stricken in its entirety;

2. Claim Number 6 filed by the above captioned Respondent is stricken in its entirety;

3. Claim Number 7 filed by the above captioned Respondent is stricken in its entirety;

4. Claim Number 13 'filed by the above captioned Respondent is stricken in its entirety; and,

5. No fees, costs or charges shall be allowed against the debtor, by the Respondent, for defending this objection.

FURTHER ORDERED:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

James M. Bartos

Angelika Bartos

     Debtors

Case No. 25-22298-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Angelika Bartos, 167 Davis Avenue, Pittsburgh, PA 15202-3971 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | |
| | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Angelika Bartos julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor James M. Bartos julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2007-3 |

District/off: 0315-2                                User: auto                                              Page 2 of 2

Date Rcvd: May 18, 2026                            Form ID: pdf900                                      Total Noticed: 1

                bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                on behalf of Creditor U.S. Bank National Association rshearer@raslg.com

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com


TOTAL: 7